UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

JUL 31 2019

David J. Bradley, Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NUMBER |
| CHRISTOPHER EUGENE LEVY | § | **19 CR 558** |

# INDICTMENT

THE GRAND JURY CHARGES THAT:

## COUNT ONE
### (Discharging a firearm near a school zone)

On or about March 19, 2019, in the Houston Division of the Southern District of Texas,

**CHRISTOPHER EUGENE LEVY**

defendant herein, did knowingly and with reckless disregard for the safety of another discharge and attempt to discharge a firearm, that is, a Glock, model 19, 9mm, pistol, that had moved in and affected interstate commerce, within a distance of 1,000 feet of the grounds of The Houston Can Academy, a school located at 3401 Hardy Street, Houston, Texas, a place that the defendant knew and had reasonable cause to believe was a school zone, in violation of Title 18, United States Code, Sections 922(q)(3)(A) and 924(a)(4).

## COUNT TWO
### (Possession of a machinegun)

From on or about March 19, 2019 to on or about March 22, 2019, in the Houston Division of the Southern District of Texas, the defendant,

**CHRISTOPHER EUGENE LEVY**

knowingly possessed a firearm, namely, a Glock, model 19, 9mm, pistol, which had been

converted to a machinegun, in violation of Title 18, U.S.C., §922(o)(1), §921(a)(23), §924(a)(2), and Title 26, U.S.C. §5845(a)(6) & (b).

## Notice of Criminal Forfeiture

Pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), the United States of America hereby gives notice that the firearms involved in, or used in the commission of the offenses in violation of Title 18, United States Code, Section 922(g)(1), and 924(a)(2), charged in Counts One and Two, are subject to forfeiture, including, but not limited to, the following:

a Glock, model 19, 9mm, pistol, serial number ACEF794, and any and all clips and ammunition.

A TRUE BILL:

ORIGINAL SIGNATURE ON FILE
_____
FOREMAN OF THE GRAND JURY

RYAN K. PATRICK
United States Attorney

BY: *Jennie J. Basile*
Jennie L. Basile
Assistant United States Attorney
713-567-9393